UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



FILED

AUG - 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

DAVID W. WILSON,

      Plaintiff - Appellant,

V.

MARTIN VEAL, Warden; et al.,

      Defendants - Appellees.

No.  07-16231
D.C. No.  CV-06-00067-FCD

**ORDER**

---

This appeal has been taken in good faith   [  ]

This appeal is not taken in good faith   [ ✓ ]

Explanation: *The Claims are patently frivolous*

_____

_____

_____

Judge
United States District Court

Date: 7/31/07